**No. 40328.**—Protest 226280–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to the merchandise involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40329.**—Protest 426258–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to the merchandise involved in Abstract 37320.   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40330.**—Protests 448522–G, etc., of J. E. Bernard & Co. et al. (New York).

Opinion by TILSON, J.   On the authority of Abstract 37230 the claim at 60 percent under paragraph 31 was sustained as to certain items.

**No. 40331.**—Protest 309883–G of Knox Hat Co. (New York).

Opinion by TILSON, J.   On the authority of Abstract 37230 the claim at 60 percent under paragraph 31 was sustained as to certain items.

**No. 40332.**—Protest 912007–G of Victor Meyer (New York).

Opinion by KINCHELOE, J.   The sample is a piece of linen about 28 by 35 inches; across the center of which is woven in white letters on a blue background "STABLE RUBBER."   It appeared that 8 pieces of rubber are placed on the merchandise after importation by means of an adhesive.   There was testimony that the merchandise is placed on the horse's back under the saddle for the purpose of preventing the saddle from sliding and that it is not used for rubbing or washing or drying or cleaning a horse.   Abstract 51236 distinguished.   The claim at 40 percent under paragraph 1023 was therefore sustained.

**No. 40333.**—Protests 565465–G, etc., of Globe Import Co. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of boxes, calendars, trays, photo frames, and pen stands chiefly used in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857). and Abstract 37730 cited.